UNITED STATES OF AMERICA,
            Plaintiff,
      v.                                            Case No.1:13cr21-3

Bryan Bailey
            Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Jan Lahley**
Court Reporter:   Mary Ann Ranz                 Date/Time: 7/9/13
United States Attorney:        Karl Kadon

Defendant Attorney             Federal Public Defender  *Richard Smith-Monahan*

*Initial Appearance: [] Complaint; [X] Indictment; [] Information; or [] petition for supervised release*
[✓] Counsel present
[✓] Defendant informed of his / her rights      [✓] Defendant provided copy of charging document
[✓] Government moves for defendant to be detained pending detention hearing ___ Dri 7/12/13 @ ___ o
[✓] Financial affidavit presented to the Court/Defendant
[✓] Counsel appointed.  FPD

*Detention:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness_____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other
_____

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to
_____

*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses:

AUSA Exhibits:_____ Defendant Exhibits:

*Arraignment on [] Indictment or [] Information or [ ] Misdemeanor Information:*
Defendant waives reading [ ]                    Defendant pleads:    [ ] GUILTY   [ ] NOT GUILTY
[ ] PSI ordered                                 [ ] Sentencing set for _____
[ ] Case to proceed before Judge

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.      [ ] Removed to _____
[ ] Probable Cause Found

Remarks: