AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | | |
| --- | --- | --- | --- |
| v. | ) | Case No. | 1:13cr21-3 |
| | ) | | |
| Bryan Bailey | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Potter Stewart Bldg., Cincinnati, Ohio | Courtroom No.: | 701 |
| --- | --- | --- | --- |
| Before: U.S. Magistrate Judge Bowman | | Date and Time: | Fri 7/12/13 1:00 pm |

FILED 2013 JUL -9 PM 1:29 JOHN P. HEHMAN CLERK U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 7/9/13

*Judge's signature*

Stephanie K. Bowman, U.S. Magistrate Judge

*Printed name and title*