UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                                    Case No.1:13cr21-3

Bryan Bailey
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: Jan Lahley
Court Reporter: Lule Lavin        Date/Time:    7/12/13 @ 4:00
United States Attorney:    Karl Kadon
Defendant Attorney         FPD/CJA   Kevin Tierney (CJA)

*Initial Appearance:* [] Complaint; [] Indictment; [] Information; or [] petition for supervised release
[ ] Counsel present
[ ] Defendant informed of his / her rights    [ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness _____
[X] OR   [ ] Secured with _____ [X] Electronic Monitor [ ] Other
_____ hrs to be set by PTS
Special Conditions of Release: [X] Pretrial/Probation Supervision [X] Drug testing & Treatment [ ] maintain employment & verify
[X] refrain from alcohol [ ] narcotic drugs unless prescribed [X] use of firearms [ ] Travel Restricted to SD Ohio or approval by PT
surrender passport; no co-d or victim contact; report law enforcement contact; no tampering w/ monitoring device
*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses:

AUSA Exhibits:_____ Defendant Exhibits:

*Arraignment on* [X] *Indictment or* [] *Information or* [ ] *Misdemeanor Information:*
Defendant waives reading [X]                Defendant pleads:  [ ] GUILTY  [X] NOT GUILTY
[ ] PSI ordered                             [ ] Sentencing set for _____
[X] Case to proceed before Judge Bechwef

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.     [ ] Removed to _____
[ ] Probable Cause Found

Remarks: